MARK E. MILLER (S.B. #130200) markmiller@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
Advanced Micro Devices, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Computer Cache Coherency Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Advanced Micro Devices, Inc.,<br><br>  Defendant. | Case No.  C05-01767 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR ADVANCED MICRO DEVICES, INC. TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between Defendant Advanced Micro Devices, Inc. ("AMD") and Plaintiff Computer Cache Coherency Corporation ("CCCC") as follows:

WHEREAS, CCCC filed its Complaint against AMD on April 28, 2005, and served AMD on May 5, 2005;

WHEREAS, AMD is currently scheduled to respond to CCCC's Complaint by June 24, 2005;

WHEREAS, AMD and CCCC previously agreed to a thirty-day extension to move or plead in response to CCCC's Complaint;

WHEREAS, AMD and CCCC have agreed to an additional fourteen-day extension for AMD to move or otherwise plead in response to CCCC's Complaint;

1  NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as
2  follows:
3  Defendant Advanced Micro Devices, Inc. shall answer or otherwise respond to Computer
4  Cache Coherency Corporation's Complaint on or before July 8, 2005.
5  IT IS SO STIPULATED.

Dated:  June 21, 2005

MARK E. MILLER
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Mark E. Miller
       Mark E. Miller
Attorneys for Defendant
Advanced Micro Devices, Inc.

Dated:  June 21, 2005

RODERICK G. DORMAN
LAWRENCE M. HADLEY
HENNIGAN, BENNETT & DORMAN LLP


By: /s/ Lawrence M. Hadley
       Lawrence M. Hadley
Attorneys for Plaintiff
Computer Cache Coherency Corporation

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lawrence M. Hadley.

Dated: June 21, 2005

MARK E. MILLER
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Mark E. Miller
Mark E. Miller
Attorneys for Defendant
Advanced Micro Devices, Inc.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 21, 2005

APPROVED
Judge Maxine M. Chesney

District Judge

SF1:591316.1

STIPULATION AND [PROPOSED] ORDER RE
AMD'S RESPONSE TO COMPLAINT
C05-01767 MMC

- 3 -