1  **HENNIGAN, BENNETT & DORMAN LLP**
   **RODERICK G. DORMAN (SBN 96908)**
2  **LAWRENCE M. HADLEY (SBN 157728)**
   **601 South Figueroa Street, Suite 3300**
3  **Los Angeles, California  90017**
   **(213) 694-1200 - Telephone**
4  **(213) 694-1234 – Facsimile**
   **dormanr@hbdlawyers.com; hadleyl@hbdlawyers.com; ksuntharam@hbdlawyers.com**
5
   Attorneys for Plaintiff,
6  COMPUTER CACHE COHERENCY CORPORATION

7  **O'MELVENY & MYERS LLP**
   **MARK E. MILLER (SBN 130200)**
8  **LUANN L. SIMMONS (SBN 203526)**
   **Embarcadero Center West**
9  **275 Battery Street**
   **San Francisco, CA 94111**
10 **(415) 984-8700 - Telephone**
   **(415) 984-8701 – Facsimile**
11 **markmiller@omm.com; lsimmons@omm.com**

12 Attorneys for Defendant,
   ADVANCED MICRO DEVICES, INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17                                        *E-FILED - 10/5/05*

18 COMPUTER CACHE COHERENCY          )  Case No. C 05-1767 RMW
   CORPORATION,                      )  Related Cases:
19                                   )  No. C 05-1668 RMW
                        Plaintiff,   )  No. C 05-1766 RMW
20                                   )
              vs.                    )  **STIPULATION OF DISMISSAL WITH**
21                                   )  **PREJUDICE; ORDER THEREON**
   ADVANCED MICRO DEVICES, INC.,     )
22                                   )
                        Defendant.   )       Hon. Ronald M. Whyte
23                                   )
                                     )
24                                   )
                                     )
25 _____  )

26

27

28

Case No. C 05-1767 RMW                          **STIPULATION OF DISMISSAL**

1    WHEREAS, Plaintiff Computer Cache Coherency Corporation ("CCCC") and Defendant

2 Advanced Micro Devices ("AMD") have reached an amicable settlement of the disputes raised in

3 this action;

4    WHEREAS, the parties agree to dismiss all claims, defenses, and counterclaims with

5 prejudice pursuant to Fed. R. Civ. P. 41(a).

6    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between CCCC and AMD that

7 all claims, defenses and counterclaims in the above-captioned action shall, in accordance with the

8 following Order of Dismissal, be dismissed with prejudice; that each party shall bear its own costs,

9 expenses, and attorneys' fees; and that this Court will retain jurisdiction to enforce the settlement

10 reached between the parties.

11
DATED:  September 30, 2005             HENNIGAN BENNETT & DORMAN LLP

12

13

14                                       By _____/S/ Lawrence M. Hadley_____
                                             Lawrence M. Hadley
15
                                         Attorneys for Plaintiff, COMPUTER CACHE
16                                       COHERENCY CORPORATION

17 DATED:  September 30, 2005             O'MELVENY & MYERS LLP

18

19

20                                       By _____/S/ Mark E. Miller_____
                                             Mark E. Miller
21
                                         Attorneys for Defendant ADVANCED MICRO
22                                       DEVICES, INC.

23                              **ORDER OF DISMISSAL**

24    Pursuant to the Stipulation of Dismissal by and between plaintiff Computer Cache

25 Coherency Corporation and defendant Advanced Micro Devices,

26    IT IS HEREBY ORDERED THAT:

27    All claims, defenses and counterclaims in the above-captioned action are dismissed with

28 prejudice;

-1-

1   Each party shall bear its own costs, expenses, and attorneys' fees; and,

2   This Court will retain jurisdiction to enforce the settlement reached between the parties

3   SO ORDERED,

4

5   DATED:  10/5/05                                    /S/ RONALD M. WHYTE
                                                       UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-1767 RMW                                    STIPULATION OF DISMISSAL

**PROOF OF SERVICE**

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 601 South Figueroa Street, Los Angeles, California 90017.

On September 30, 2005, I served the foregoing document described as **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

> Mark E. Miller
> Luann L. Simmons
> O'Melveny & Myers LLP
> Embarcadero Center West
> 275 Battery Street
> San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 30, 2005 at Los Angeles, California.

_____
/S/ Lisa Spears
Lisa Spears

504970\v1